FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

DILMER A. LOVOS MENDEZ (Full Name)

N/A _____ (Email Address)

P.O. Box 2513 Cal. City. CA 93505 (Address Line 1)

391 Sutter St. Ste 500 _____ (Address Line 2)

San Francisco, CA 94108 _____ (Phone Number)

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LOVOS-MENDEZ ,

Plaintiff,

vs.

Officer Carpenter,
John Doe,
Core Civic, Inc.
C.C.I.P.C

Defendant(s).

Case No.: **2:26-CV-02467-KK-PVC**
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because For all the Complaints. Sexual Harassment, Same Sex discrimination, allegations in the Kern County

01

Page Number

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.   Plaintiff Dilmer Alexander Lovos Mendez resides at:
*(your full name)*
California City Immigration Processing Center
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Officer Carpenter works at
*(full name of Defendant)*
California City Immigration Processing Center
*(Defendant's place of work)*

Defendant's title or position is Officer / Security
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: "misuse of Power", "interferes by intimidation", "Pretense of Law", "Color of Law", "willfuly", "Intentional infliction of emotional distress", "willfuly acted in reckless disregard of constitutional or statutory prohibitions."

5. Defendant John Doe works at
*(full name of Defendant)*
California City Immigration Processing Center
*(Defendant's place of work)*

Defendant's title or position is Facility Administrator / Warden
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: Acted "willfuly", "Pretense of Law", "Intentional Infliction of emotional, Physical, Psychological distress", "Interferes by Discrimination".

02
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

01. Defendant Core Civic, Inc _____ works at
Insert ¶ #                    (full name of Defendant)

California City Immigration Processing Center _____.
                    (Defendant's place of work)

Defendant's title or position is Private entity under Federal Contract.
                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☑ individual capacity            ☑ official capacity

This Defendant was acting under color of law because Incompetence, not having all city permits to operate, exposing the human lives to Unconstitutional conditions of confinement, Medical Negligence, Failure of Grievance System.

02. Defendant California City Immigration Processing Center works at
Insert ¶ #                    (full name of Defendant)

California City Immigration Processing Center _____.
                    (Defendant's place of work)

Defendant's title or position is Private entity / Operating entity.
                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☑ individual capacity            ☑ official capacity

This Defendant was acting under color of law because Incompetence, Lacking to Properly train security staff that Lead to harm me, Medical negligence, failure to comply to the American with Disabilities Act as a Public entity.

03.
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

01. I allege that I am being forced to endure, and/or being exposed to subjectively/objectively abusive "Sexual-Harassment", and "Gender Based Discrimination". The 8th Amendment imposes duties on officials, who must provide humane conditions of confinement, officials must ensure that detainees are not subjected to Sexual Harassment/Gender Based Discrimination, and must take

02. reasonable measures to guarantee the safety of detainees. To be free from/of verbal/non-verbal behavior which focuses on the sexuality of another person, or occurs because of a person's gender or other protected characteristic(s). The U.S Court, ruled that same sex, sexual harassment is a form of sex discrimination under Title VII of the Civil Act of 1964. On 11/22/2025 at

03. approximately 10:00 a.m. I was in my cell, partially nude and in the process of changing my undergarments. For my feminine grooming and shaving in the shower. Since I was facing away from the door. I did not immediately noticed that my door had been opened. However, after feeling a slight breeze. Completely vulnerable and uncomfortable. Somenthing told me to turn around. At this point, is when I realized that officer Carpenter. Had my door ajar and was standing in the door way.

04

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

04. "Salaciously leering at me". In shock, being held hostage, I was feeling intimidated, exposed, vulnerable, humiliated, embarrassed, uncomfortable, and in severe emotional distress. I was inmidiately reliving past traumatic experiences. For when I was 8 years old I had been held hostage, molested and raped in three occassions. When I was 16 and 17 years old a romantic partners physically, emotionally, psychological abused me.

05. And when Officer Carpenter, stood blocking the door and his facial expressions, and body language, trigger PTSD and anxiety, creating shock and emotional distress, because I felt powerless, for he stood holding the door ajar, and imposing an intimidating status. My constitutional rights interfered by the officer's action to "willfuly" in reckless disregard of constitutional or statutory prohibitions or guarantees thru intimidation, because of my sex, sexual

06. orientation, race, national origin. And "misuse of power" "color of authority", "Pretense of Law". An Intentional Infliction of emotional distress. I made an attempt to cover my self and turned away to face the bunks. I immediately stated "what's going on?", "Why are you in my cell". Officer Carpenter just stood there continuing to leer at me. After an awkward minute. He finally stated "Bro, I'm not really trippin". "But when I'm working here, at 10 a.m. I don't want to see

Civil Rights Complaint Pursuant to U.S.C. § 1983

07. no window covers, clothing lines, or lights covered."

Insert ¶ #

Still standing there, trying to cover my breast area, and trying to face away. While still trying to adjust my bra. I informed officer Carpenter. That "I don't have my lights, or windows covered, and that I don't have any clothing lines". Officer Carpenter, still remained blocking the doorway holding me hostage, continuing to gawk at me. Then he started making an excuse about that my air-vent

08. I once again, reaffirming that my cell was in compliance

Insert ¶ #

, and that my air-vent was not covered. As he could clearly see, and I even pointed out. I then told him, "that he needed to leave". Because I was getting dressed. He simply smiled, then left. In fear for my safety. I immediately secured my cell door, and sat on my bed, too afraid to move. Still attempting to process, what had just occured to me. It wasn't until officer Dillon, came to

09. my door later on. And I recognized him. That, I

Insert ¶ #

finally felt safe to exit my cell. At no point in time did Officer Carpenter, located or confiscated any contraband from my living quarters. During his walk-thru of the building. If officer G discovered/located contraband in any cell. He immediately confiscated the contraband. As evident by the 24 Hour surveillance video footage of that day. Furthermore, at no time, did officer Carpenter followed his responsabilities as an employee to: A) Understand, and know Core Civic, Inc. "Sexual Harassment" policy and the law. B)

06

Page Number

10. (B) understand that it was his job as an employee to be careful

Insert ¶ #

within his own work environment. (C) Be watchful to pay attention. Avoid inadvertent offenses. Look for subtle forms of harassment. (D) To prevent his behavior from being interpreted as harassment. (E) To reasonably take advantage of preventing or preventive or corrective opportunities or to otherwise avoid harm. Such as, but not limited to. "Unwelcome" conduct which is 1) Actually offensive to me. 2) is not solicited or invited by me. 3) Failure to knock or make his presence known

11. before opening/entering a cell. That is clearly occupied. 4) Immediately,

Insert ¶ #

exiting or closing the cell door. When its clearly evident. That a detainee is nude, dressing, or in a compromising position. (F) Follow core civic, Inc. Policy/procedures for employee's who deal directly with "LGBTQI+ detainee" To ensure that his behavior is acceptable. (G) Adhere to administrative notification of my "LGBTQA+" classification. Furthermore I have attempted to notify, inform resolve the dispute stated this action by seeking relief from the proper administrative officials, e.g I exhausted available

12. administrative grievances proceedures but due to the "Broken"

Insert ¶ #

Grievance system, my grievances got destroyed when turned in paper form and were rejected when submitted to the electronic device. C.C.I.P.C's grievance system with six plus months of backlogg and the Wardens failure to properly supervice that grievances have or are reviewed within a fair 30 day period, by thus obstructing constitutional rights, due process, access to courts, and denying access to legal documents. It is not helpful to rely on the Grievance system, the warden has taken retalatory behavior to descriminate me and deny me reasonable accomodations as ADA.

07

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

13. Punishing me with "Wanton Infliction of pain" by denying me to have access to a medical equipment that was prescribed to me by a liscenced practitioner to wit: 1) Back brace 2) left wrist brace, while he has allowed other detainees to keep their medical equipment but denies me the same equal accomodation. Discriminating me based on retaliatory behavior for exposing and filing Prea complaints and discriminating me based on my disability. Both defendants have acted with a sufficiently culpable state of mind, to wit: "misuse of power."

14. , "retaliatory behaviors;" "Color of authority", "Pretense of law", "intentional infliction of Physical, Psychological, Emotional distress", "deprive me of constitutional rights", "Policy violations", "deprivation of my Civil Rights", "Acted "willfuly" in Reckless disregards or constitutional or statutory Prohibitions or guarantees." The conduct was than objectively harmful enough to establish a constitutional violation. Holding that officers alleged and observed conduct or direct Intimidating, demeaning, malicious, leering action, blocking or holding hostage while officer Carpenter performed,

15. Unacceptable and unrelated to any legitimate governmental objective. "Sadistically and maliciously applied for the vary purpose of causing harm", leading to punitive and irreversably damage by forcing me to be held hostage, intimidated, reliving past trauma, entering emotional distress, shock. The actions by officer C. Include humiliating, Intimidating, Obstructing, blockading, holding hostage, hostile environement. I'm incapable of paying for the fees to commence this civil action. And I in good faith request that the court grants me leave to proceed in Forma Pauperis.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

01. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

02. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

Insert ¶ #

Unconstitutional conditions of confinement, sexual harassment, and hostile living conditions. In violation to the 8th Amendment. Title VII of the Civil Act of 1964.

03. The above civil right was violated by the following Defendants:

Insert ¶ #

Officer Carpenter on November 22nd, 2025 at appx. 10:00 AM.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

04. By not announcing or making his presence known, while I was dressing, faithfully nude, he stood salaciously leering at me, gawking at me, holding me hostage by blocking the doorway, trying to make excuses to justify his color of authority, by intimidating, misuse of power, intentional infliction of emotional distress, pretense of law, improper actions.

Insert ¶ #

04. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Insert ¶ #

Humiliating, Emotionally distressing, holding me hostage, agitated, negative impacting my psychological, emotional well-being, subjecting me to reliving past trauma entering shock, causing me nightmares, and requesting my deportation

09

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

01. The Issuance of criminal charges against
*Insert ¶ #*
Officer Carpenter, Core Civic, inc., John Doe, C.C.I.P.C
That Officer C. be reprimanded, and that a letter of
Instruction the be Placed in his employee file.

02. That C.C.I.P.C be investigated for unattended
*Insert ¶ #*
Sexual harassment grievances / claims. That the Warden
and Core Civic be Placed under strict supervision and
investigation for incompetence and Human Rights Violations

03. I seek reasonable and fair monetary damages
*Insert ¶ #*
for emotional, Mental, Psychological distress, and
for the court to appoint a grand jury to conduct an Indepe
ndent investigation to my and other Prea claims.

04. Monetary damages, as well as declaratory and
*Insert ¶ #*
injunctive relief. And officer C. to be Suspended
without Pay, and terminated.

Dated: _____

Sign: _____

Print Name: DILMER ALEXANDER LOOOS MENDEZ

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _Feb. 09, 2026_

Sign: _____

Print Name: _Dilmer A. Loros Mendez_

Civil Rights Complaint Pursuant to U.S.C. § 1983

For the record this grievances
had to be re-typed by me because
the facility fails to provide print out
of grievances even when requested.
Denying access to courts. or Legal resources.
i However after persisting was and have been
able to obtain legal copies after typing this
documents.

My current housing is in California City Ice
Processing Center. P.O BOX 2513, California
City, CA 93505

However the mailing address should be
kept as Pangea Legal Services. Attorney
Elena Hodges, 391 Sutter St. Ste 500
San Francisco, CA 94108

Please consider the attatched documents
as evidence.

Sincerely,

Dilmer A. Lovos Mendez

02/09/2026

Dilmer A. Lovos Mendez
A# 058-404-154
Grievance Log# 628024641
20. Violation of Constitutional Rights
Level: 1
Disposition: Rejected
Status: Closed
*This has been closed by Facility Staff.
This grievance is regarding an active PREA investigation; you must allow the investigative process to be concluded.

Nov. 24
21:52

## SUMMARY:

Unconstitutional conditions of confinement, exposure to dangerous and unsafe living conditions, violation of 8th Amendment

## INFORMAL RESOLUTION USED (Not required for emergency grievances)?:

Yes

## STATE GRIEVANCE (Include witnesses, date of incident, and any other information pertaining to the grievance.):

I allege that I am being forced to endure, and/ or being exposed to subjectively/objectively abusive "Sexual Harassment", and "Gender Based Discrimination." The 8th Amendment imposes duties on officials, who must provide humane conditions of confinement, officials must ensure that detainees are not subjected to Sexual Harassment/Gender Based Discrimination, and must take reasonable measures to guarantee the safety of detainees. To be free of verbal/ non-verbal behavior which focuses on the sexuality of another person, or occurs because of a person's gender or other protected characteristic(s). The U.S. Court, ruled that same sex, sexual harassment is a form of sex discrimination under Title VII of the Civil Act of 1964. On 11/22/2025 at approximately 10:00 a.m. I was in my cell, partially nude and in the process of changing my undergarments. For my feminine grooming and shaving in the shower. Since I was facing away from the door. I did not immediately noticed that my door had been opened. However, after feeling a slight breeze. Completely vulnerable and uncomfortable. Something told me to turn around. At this point, is when I realized that officer Carpenter. Had my door ajar and was standing in the door way. "Salaciously leering at me". In shock, feeling intimidated, exposed, vulnerable, humiliated, embarrassed, uncomfortable, and in severe emotional distress. I made an attempt to cover my self and turned away to face the bunks. I immediately stated "What's going on?", "Why are you in my cell!". Officer Carpenter Just stood there continuing to leer at me. After an awkward minute. He finally stated "Bro, I'm not really trippin". "But when I'm working here , at 10 a.m. I don't want to see no window covers, clothing lines, or lights covered." Still standing there, trying to cover my breast area, and trying to face away. While

still trying to finish adjusting my bra. I informed officer Carpenter. That "I don't have my lights, or windows covered, and that I don't have any clothing lines". Officer Carpenter, still remained in the doorway, continuing to gawk at me. Then he started making an excuse about that my air-vent. I once again,   reaffirmed that my cell was in compliance, and that my air-vent was not covered. I then told him, "that he needed to leave". Because I was getting dressed. He simply smiled, then left. In fear for my safety.

I immediately secured my door, and sat on my bed, too afraid to move. Still attempting to process, what had just occurred to me. It wasn't until officer Dillon, came to my door later on. And I recognized him. That, I finally felt safe to exit my cell. At no point in time did officer Carpenter, located or confiscated any contraband from my living quarters. During his walk-thru of the building. If officer Carpenter,

**Continuing page, grievance log# 628024641:**

discovered/located contraband in any cell. He immediately confiscated the contraband. As evident by the surveillance video footage of that day. Furthermore, at no time, did officer Carpenter follow his responsibilities as an employee to: (A) Understand, and know Core Civic, Inc. "Sexual Harassment" policy and the law. (B) Understand that it was his job as an employee to be careful within his own work environment. (C) Be watchful to pay attention. Avoid inadvertent offenses. Look for subtle forms of harassment. (D) To prevent his behavior from being interpreted as harassment. (E) To reasonably take advantage of preventive or corrective opportunities or to otherwise avoid harm. Such as, but not limited to. "Unwelcome" conduct which is 1) Actually offensive to me, as a "Transgender Woman". 2) Is not solicited or invited by me. 3) Failure to knock or make his presence known before opening/entering a cell. That is clearly occupied. 4) Immediately, exiting or closing the cell door. When its clearly evident. That a detainee is nude, dressing, or in a compromising position.  (F) Follow core civic, Inc. policy/procedures for employee's who deal directly with "Transgender/LGBTQIA+" detainees. To ensure that his behavior is acceptable. (G) Adhere to administrative notification of my "Transgender/LGBTQIA+" Classification.

**REQUESTED ACTION:**
I am requesting that officer Carpenter: (1) Immediately cease and desist performing obtrusive cell inspections. (2) That he stop creating a hostile living environment. (3) Which subject detainee's to subjectively/objectively abusive "Sexual Harassment", uncomfortable, humiliating, and emotionally distressing living conditions. (4) That he be retrained and/or receive further training on sexual harassment. To ensure, that he does not further expose any other detainee(s) to any sexual harassing behavior. Furthermore, to correct any inappropriate behavior. (5) That he be educated on, ICE, Core Civic, Inc.'s

Page 2 of 3

Policies for sexual harassment. (6) That he be reprimanded, and that a letter of instruction be placed in his employee file. (7) That he be required to undergo sensitivity training, to fully comprehend, and more professionally deal with "transgender" detainee(s). (8) I am further requesting that Core Civic, Inc., conduct a fair and impartial investigation. To include, supervisory staff review the video footage of this incident. As it will collaborate, and give validity to my allegations.

**Grievance log#** 628134111
**Summary:** Addendum of summary, for grievance log# 628024641
**State Grievance:** I am requesting to make the following addendum, to the summary of grievance
log# 628024641
**Requested action:** Amend summary of grievance log# 628024641 to read as follows: Unconstitutional conditions of confinement, sexual harassment, and hostile living conditions. In violation to the 8th Amendment.

_____. Date    12/07/2025

Dilmer A. Lovos Mendez, A# 058-404-154

*COPY*

Dilmer A. Lovos Mendez
A# 058-404-154
Grievance Log# 637501521
07. Medical
Level: 1
Disposition: Unfunded
Status: Pending

Dec. 21,2025
16:53

**SUMMARY:**

Denial/failure to provide a reasonable accommodation/ modification. Pursuant to Title III of the Americans with Disabilities Act. Discrimination based on a disability. Request for a reasonable accommodation.

**INFORMAL RESOLUTION USED (Not required for emergency grievances)?:**

Yes

**STATE GRIEVANCE (Include witnesses, date of incident, and any other information pertaining to the grievance.):**

I'm a civil detainee, and a third party beneficiary. With a verified disability, musculoskeletal disorder. Which severely restricts or substantially limits my ability to perform one or more of the major functions and daily activities of life. Including caring for oneself and performing manual tasks. Such as; standing, lifting, bending, reaching, grabbing, holding, sitting, walking. Who has been adversely subjected to discrimination, and/ or adversely denied the benefit of, or equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of a public accommodation. Based on my disability, and/ or my status as a member of a protected class. Pursuant to Title II, VI of the Civil Rights Act of 1964; Title III of the Americans with Disabilities Act. I allege that: 1) C.C.I.P.C/ Core Civic has failed to comply with, or to take reasonable steps to ensure that people with disabilities, have equal access to the benefits of, or equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of a public accommodation. Therefore, 2) discriminating against me based on a disability. Pursuant 42 U.S.C.S sub.sec. 12132. 3) I have a verified history or record of such impairment/ disability/ musculoskeletal disorder . 4) I have requested a reasonable accommodation/ modification. Making it readily apparent to C.C.I.P.C/ Core Civic (a place of public accommodation) staff, that the accommodation is needed. 5) I am being adversely subjected to severe and "Wanton Infliction" of pain and suffering. Due to C.C.I.P.C/ Core Civic staff, intentional denial or delay of durable medical equipment/ appliances, prescribed by a licensed practitioner. To meet my durable medical equipment/ appliances needs. (a) That can withstand repeated use. (b) Are used to serve a medical purpose. (c) Are not useful to an individual in the absence of an illness, injury, functional impairment, or congenital anomaly. (d) Are appropriate for use in or

Page 1 of 3

out of my housing. CAL. Code of Reg. sub.sec. 51160. 6) A deliberate indifference, of access to medical care, or intentionally interfering with the treatment once prescribed. 7) I've been adversely subjected to and forced to endure severe pain and discomfort for an excessive amount of time. (8-29-25 thru 12-20-25). Without a timely and adequate reasonable accommodation. 8) C.C.I.P.C/ Core Civic has not made a "reasonable modification" to its policies and procedures, or taken reasonable measures to guarantee. That, I have the same and equal access to durable medical equipment/ reasonable accommodations. Which have been provided to other similarly situated detainees, of different races, ethnicity, or national origins.

9) Upon my arrival on 8-29-25. Core Civic staff, confiscated my durable medical equipment/ reasonable accommodations, to wit: (a) Back brace; (b) Left wrist brace. Without having taken the least restrictive or intrusive measures. Or providing me with Due Process of law, and equal protection.    10) Hence, intentionally denying or delaying to provide me with a reasonable accommodation, or durable medical equipment/ appliances. Prescribed to me by a licensed practitioner to meet a reasonable accommodation. Pursuant to Title III of the Americans with Disabilities Act; 42 U.S.C.S sub.sec. 12132.

## REQUESTED ACTION:

I'm requesting that: A) C.C.I.P.C/ Core Civic comply with Title II and VI of the Civil Rights Act of 1964, and Title III of the Americans with Disabilities Act. B) That C.C.I.P.C/ Core Civic change, amend, or supplement their policies and procedures. To take reasonable measures and guarantee. That I (civil detainees), have equal access to durable medical equipment/ appliances, and/or reasonable accommodations. C) That C.C.I.P.C/ Core Civic cease and desist adversely subjecting me to, (1) discrimination based on a disability. (2) A "Wanton Infliction" of pain and discomfort. For an extended/ excessive amount of time. (3) Depriving me of the possession, or use of durable medical equipment/ appliances (a reasonable accommodation). If such has been prescribed, recommended, and/or fitted by a physician. Without Due Process of law or Equal Protection. D) Immediately return, and/or provide me with facility approved (replacements), durable medical equipment/ appliances. To reasonably accommodate and ensure I have equal access to. Durable medical equipment/ appliances, which have (1) been prescribed and provided to me by a licensed practitioner. (2) Were adversely confiscated, by intake staff on 8-29-25. Without Due Process of law or

Page 2 of 3

Equal Protection. E) That C.C.I.P.C/ Core Civic immediately notify I.C.E. To inform them, of the ongoing deficiencies and/or intentional denials or delays. In providing me (civil detainees with a medical condition/ disability). Equal access to durable medical equipment/ appliances. F) That all civil detainees, "shall" be evaluated by physician during the intake medical screening to determine the necessity of the durable medical equipment/ appliances. In compliance with the ADA. G) Furthermore, If and when durable medical equipment/ appliances are confiscated, withheld, or removed. The civil detainee "shall" (1) be examined by a physician within 24 hours of the confiscation, withholding, or removal. (2) The physician "shall" make the determination if the removal negatively impacts the health or safety of the civil detainee and notify facility staff.

_____. Date    12/20/2025

Dilmer A. Lovos Mendez, A# 058-404-154

COPY

Dilmer A. Lovos Mendez
A# 058-404-154
Grievance Log# 654241871
01.Facility Staff
Level: 1
Disposition: Undecided
Status: New

Feb. 08
08:06

**SUMMARY:**

Pursuant to Freedom of Information Act (FOIA's) I am a Pro-per Plaintiff requesting a full descovery of the P.R.E.A investigation

**INFORMAL RESOLUTION USED (Not required for emergency grievances)?:**

Yes

**STATE GRIEVANCE (Include witnesses, date of incident, and any other information pertaining to the grievance.):**

Civil Detainee pursuant to 42 U.S.C. Sub.Sec. 1983 Action Pro-per. Civil detainee requests, Inter Alia, "Sexual Abuse Complaints", P.R.E.A Complaints, inmate/detainee grievances of physical and sexual misconduct, Medical Grievances, ADA Complaints, Motion for Discovery and Inspection. I'm furthermore requesting that C.C.I.P.C./ Core Civic's Office of Special Investigation. (If one is available and if one has yet been successfully established by the facility which seems to have all sorts of systems delayed, unconstitutionally prolonged or lacking due process since my arrival and Fac. Opening on Aug. 29, 2025. to date.) To provide the requested items or at the very minimum provide detainee Lovos with the detainee file in full to wit: Readily official/legal documents pertaining to Grievances submitted by detainee for same sex Sexual Harassment/ Sexual Misconduct, P.R.E.A complaint file with the Investigation Outcome/Findings (Filed back in November 23, 2025.) And the P.R.E.A Investigation in which Detainee Lovos was victim to Core Civic Staff Officer Carpenter's transgression incident which occurred back in Nov. 22, 2025. Pursuant to Flores Settlement Agreement, Prison Litigation Reform Act, and that Mr. Carpenter's Personnel file be readily available and accessible for review by a Pro-per plaintiff. Production of such pursuant to FOIA's and the Privacy Act of 1974.

**REQUESTED ACTION:**
I'm requesting that: 1) Application for 42  42 U.S.C. Sub.Sec. 1983 be readily available and accessible to Lovos in a efficient timely matter. Without further delayed or prolonged time.2) Motion for Discovery and Inspection be readily available. 3) Production of Mr. Carpenter's Personnel File be granted and readily available. 4) Lovos detainee File copy for review and inspection. 5) All

documents  pertaining to Lovos's P.R.E.A Complaint, Grievance's, Investigation documents of the outcome and findings and details of a transparent process and measures taken to handle the investigation.  Furthermore I am requesting that the P.R.E.A complaint filed on Nov. 23, 2025 is handed over to the local police and or office of the Kern County Sheriff office is issued, without further delay or prolonged amount of time for a Formal Complaint to be filed and for a Police Report to be initiated and filed. I also am asking that ICE be notified of such proceedings,  and that the requested documents in any given instances that detainee Lovos was to be removed, released, transferred out of CCIPC, that the documents be mailed out, E-mailed to Attorney Priya Patel of th California Collaborative for Immigrants Justice (CCIJ) 1999 Harrison St, Suite 1800  or Pangea Legal Services 391 Sutter St. Ste. 500 San Francisco, CA 94018

_____. Date    02/08/2026

Dilmer A. Lovos Mendez, A# 058-404-154

Return Correspondence
Address

1.) Pangea Legal Services
391 Sutter St. Ste. 500
San Francisco, CA
94108

2.) California Collaborative for
Immigrants Justice (CCIJ)
1999 Harrison St. Suite 1800
Oakland, CA
94612